### WILD CAT DITCH *v.* BALL ET AL.

From the Madison Common Pleas.

*W. R. Pierse* and *H. D. Thompson*, for appellant.
*M. S. Robinson* and *J. W. Lovett*, for appellees.

OSBORN, J.—The appellees have filed a written motion to dismiss the appeal for the want of an assignment of errors.

There is no assignment of errors, and the motion must be granted.

The appeal is dismissed, at the costs of the appellant.